IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RAFAEL ENRIQUEZ,                                    *

         Plaintiff,                            *

v.                                                  Case No.  7:26-cv-186 (WLS-CHW)

                                                            *

WARDEN, IRWIN COUNTY DETENTION
CENTER,                                             *

         Respondent.                          *
_____

## **J U D G M E N T**

Pursuant to this Court's Order dated 7/21/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 22nd day of July, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk